IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  CAUSE NO.: 5:15cr8DCB-FKB

ELIJAH MOORE  DEFENDANT

### NOTICE OF INTENT TO ACCEPT GUILTY PLEA

COMES NOW the Defendant, by and through undersigned counsel, and respectfully files his "Notice of Intent to Accept Guilty Plea", stating the following:

1. This Court Ordered that the Defendant's "Plea Agreement" was due on or before today's date, September 26, 2016.

2. Negotiations have taken place between the Defendant and the Government and a plea agreement has been reached, there just need to be a couple of minor details worked out as to the supplemental plea agreement.

3. The Defendant is filing this Notice in Order to timely inform the Court and the Government of his intent to accept the Plea Agreement tendered to him by the Government.

4. The attorney for the defendant has tried to reach the AUSA on this case to discuss the fine points of the supplemental plea agreement, but has been unable to reach him by phone. The Defendant's attorney believes the remaining issues to be very minor and will not change the Defendant's acceptance of the Plea Agreement offered to him by the Government.

5. Neither the Plea Agreement, nor the Supplemental Plea Agreement, have been signed by the Government. Once all parties have signed said agreements, they will be filed with the Court.

6. This Notice is being filed in an attempt to be as compliant as possible with this Court's "Scheduling Order", and to make sure the Defendant files a timely notice so that he may receive all benefits to which said notice may entitle him.

                                                Respectfully submitted,

                                                Leslie Roussell
                                                Attorney for Defendant

Leslie Roussell
Attorney at Law
MSB# 9688
P. O. Box 2940
Laurel, MS 39442
Tel: (601) 426-2345
Fax: (601) 426-3345

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the EFCF system which sent notification of such filing to the following:

Hon. Abe McGlothin
Assistant United States Attorney
U. S. Department of Justice
501 East Court Street
Suite 4.430
Federal Courthouse
Jackson, Mississippi 39201

I have also sent a copy to the above by first class U.S. mail.

So certified this 26th day of September, 2016.

_____
Leslie Roussell

Leslie Roussell MSB #9688
Attorney for Elijah Moore
P.O. Box 2940
Laurel, Mississippi 39442
Phone: (601) 426-2345
Fax:    (601) 426-3345